JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISCTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL DANIEL, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENNAR CORPORATION,<br><br>Defendant. | Case No.: 8:19-cv-00452-JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION FOR REQUEST FOR DISMISSAL (Doc. 54)** |

Pursuant to the parties' Joint Stipulation for Request for Dismissal (Doc. 54), it is **ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE** as to Plaintiff SUNIL DANIEL's individual claims and **WITHOUT PREJUDICE** as to any claims of any absent or unnamed members of the putative class.

**IT SO ORDERED.**

DATED: March 03, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE